# TIFFANY & BOSCO
## P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10555

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: May 17, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tara L. Becker and David J. Becker<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br>Tara L. Becker and David J. Becker, Debtors,<br>Lothar Goernitz, Trustee.<br>        Respondents. | No. 2:10-BK-10564-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 27, 2006 and recorded in the office of the Lake County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Tara L. Becker and David J. Becker have an interest in, further described as:

> The East 100 Feet of the West 264 Feet of the North 330 Feet of the Southeast Quarter of Section 33, Township 46 North, Range 12, East of the Third Principal Meridian, in Lake County, Illinois.
>
> Being the same property conveyed to David J. Becker and Tara L. Becker by Deed of From Andrew M. Cuomo, Secretary of Housing and Urban Development, Washington D.C. Recorded 3/5/1998 in Document No. 4096421, in the Office of the Recorder of Deeds for Lake, Illinois.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.